UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

QUEENIE YIN KWAN CHENG,

                Plaintiff,

vs.

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, JEH JOHNSON, as Secretary of Homeland
Security, LEON RODRIGUEZ, as Director of U.S.
Citizenship and Immigration Services, EDWARD
NEWMAN, as Director of the Northeast Region, U.S.
Citizenship and Immigration Services, and GWYNNE
DINOLFO, as Albany Field Office Director, U.S.
Citizenship and Immigration Services.

                Defendants.
_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P 41(a)(1)(A)**

Case No.: 15-CV-00721 (DNH/RFT)

      **WHEREAS**, Plaintiff Queenie Yin Kwan Cheng ("Plaintiff") filed this action seeking, among other things, a writ in the nature of mandamus requiring Defendants and/or their agents to process and properly adjudicate Plaintiff's application for naturalization to a conclusion;

      **WHEREAS**, it is Plaintiff's understanding that Defendants intend to immediately grant and approve Plaintiff's application for naturalization to a conclusion should this action be voluntarily dismissed; and

      **NOW, THEREFORE**, pursuant to Fed.R.Civ.P. 41(a)(1)(A) Plaintiff voluntarily discontinues this action, without prejudice to any of Plaintiff's rights or remedies, including, without limitation, her right to reopen, re-file, or otherwise reinstate this action.

Dated: Albany, New York
      August 25, 2015

                                  WHITEMAN OSTERMAN & HANNA LLP

By:    /s/ William S. Nolan
        _____
        William S. Nolan, Esq. (512108)
        Attorneys for Plaintiff
        One Commerce Plaza
        Albany, New York 12260
        (518) 487-7600